UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ROLLFORMING, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAKLOC INTERNATIONAL, LLC, *et al.* ) <br> ) <br> Defendants. ) <br> ──────────────────────── ) <br> ) <br> AND RELATED COUNTERCLAIMS. ) <br> ──────────────────────── ) | Civil No. 07cv1897-L(JMA) <br><br> **ORDER DENYING APPROVAL OF REQUEST FOR SUBSTITUTION OF COUNSEL** |

On January 14, 2009 Defendant Pandora Select Partners, L.P. ("Pandora") filed a Request for substitution of counsel, seeking to replace the law firm of Gibson Dunn & Crutcher LLP ("Gibson Dunn") with the law form of Wilson Petty Kosmo & Turner LLP ("Wilson Petty"). Request for approval is **DENIED** because Gibson Dunn is not counsel of record for Pandora in this case.

Pandora is represented by a Minneapolis, Minnesota law firm of Anthony Oslund Baer Louwagie & Ross P.A. ("Anthony Oslund"). Anthony Oslund submitted a *pro hac vice* application pursuant to Civil Local Rule 83.3(c) and designated Gibson Dunn's Irvine, California office as local counsel. The *pro hac vice* application was denied because the designated local counsel was not local to this district. *See* Civ. Loc. R. 83.3(c)(5) & (6). Accordingly, Gibson Dunn is not Pandora's counsel of record in this case. If Anthony Oslund

wishes to designate Wilson Petty as its local counsel, it may do so by resubmitting a *pro hac vice* application.

**IT IS SO ORDERED**.

DATED: January 15, 2009

M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL