UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ROLLFORMING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TRAKLOC INTERNATIONAL, LLC, *et al.* <br><br> Defendants. <br> ──────────────────────────── <br> AND RELATED COUNTERCLAIMS. <br> ──────────────────────────── | Civil No. 07cv1897-L(AJB) <br><br> **ORDER ON ORDER TO SHOW CAUSE** |

Pursuant to the orders filed October 21, 2008, November 24, 2008 and December 18, 2008, Defendant Southeast Metals, Inc. was ordered no later than January 30, 2009 to show cause why its answer should not be stricken and default entered against it for failure to enter an appearance through counsel. Southeast Metals, Inc. was given notice that failure to timely comply would result in the striking of its answer and entry of default. To date, Southeast Metals, Inc. has not complied. It has neither responded to the order to show cause nor entered an appearance through counsel. Accordingly, the Clerk of Court is hereby directed to **STRIKE** the answer and **ENTER DEFAULT** as to Southeast Metals, Inc.

**IT IS SO ORDERED**.

DATED: September 1, 2009

                                                                                               _____
                                                                                               M. James Lorenz
                                                                                               United States District Court Judge

07cv1897