Irena Leigh Norton – Bar No. 167017
Email: inorton@legalfunding.com
7344 Magnolia Avenue
Suite 110
Riverside, CA 92504
Telephone: (951) 359-3205
Facsimile: (951) 637-0627

Counsel for Defendants and Counterclaimants Trakloc North America, LLC and Tin Plate Purchasing Corporation; Defendants David Jablow, Roni Dersovitz, and Floating Assets, Ltd.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ROLLFORMING, LLC., dba TRAKLOC PACIFIC; TODD BEASLEY; CURT KINNEY; and ARCHITECTURAL METAL PRODUCTS, INC.<br><br>Plaintiff,<br>vs.<br><br>TRAKLOC NORTH AMERICA, LLC., DAVID JABLOW, SOUTHEASTERN METALS, INC., THOMAS HORST, TIN PLATE PURCHASING CORPORATION, MARC BERNSTEIN, RONI DERSOVITZ, FLOATING ASSETS, LTD., and PART 47, INC.<br><br>Defendants. | Case No. 07CV1897 IEG-MDD<br><br>**JOINT MOTION TO DISMISS ACTION AS TO CERTAIN DEFENDANTS WITH PREJUDICE** |

Plaintiffs, Pacific Rollforming, LLC, Todd Beasley, Curt Kinney and Architectural Metal Products, Inc. by their attorney, Frederick C. Phillips and Defendants David Jablow, Roni Dersovitz, Floating Assets, Ltd., Defendants and Cross Complainants Trakloc North America, LLC and Tin Plate Purchasing Corporation (the "Trakloc Defendants"), by their attorney, Irena Leigh Norton, hereby move the court and jointly stipulate for an order dismissing this action with prejudice as to Trakloc North America, LLC, Tin Plate Purchasing Corporation, David Jablow, Roni Dersovitz, Floating Assets, Ltd. and Part 47, Inc.

1  WHEREAS, on July 1, 2010, Plaintiffs filed their Fourth Amended Complaint, alleging claims for breach of contract, fraud, breach of the implied covenant of good faith and fair dealing, defamation, interference with prospective business advantage, RICO, conversion and declaratory relief, with a jury demand. (Docket No. 149).

WHEREAS, on July 19, 2010, Trakloc North America, LLC filed its Answer and Counterclaim for breach of contract, and declaratory relief, seeking, among other things, unpaid royalties from Pacific Rollforming, LLC. (Docket No. 154).

WHEREAS, on July 19, 2010, Tin Plate Purchasing Corporation filed its Counterclaim against Pacific Rollforming, LLC, seeking unpaid rental payments for a piece of equipment that was leased on behalf of Pacific Rollforming, LLC. (Docket No. 156).

WHEREFORE, the Parties hereby stipulate and agree as follows:

Plaintiffs and the Trakloc Defendants have reached a settlement in this action and therefore request:

(1) the Fourth Amended Complaint be dismissed with prejudice as to the Trakloc North America, LLC, Tin Plate Purchasing Corporation, David Jablow, Roni Dersovitz, Floating Assets, Ltd. and Part 47, Inc.;

(2) the Counterclaim of Trakloc North America, LLC be dismissed with prejudice;

(3) the Counterclaim of Tin Plate Purchasing Corp. be dismissed with prejudice;

(4) the Parties hereto to bear their own attorneys' fees and costs; and

(5) the Court remove from its calendar and docket the summary judgment motion hearings previously set for July 11, 2011.

//
//

Dated:  June 14, 2011

By:    /s/ Irena Leigh Norton
Irena Leigh Norton, Esq.
Counsel for Trakloc Defendants Trakloc North America, LLC., David Jablow, Tin Plate Purchasing Corporation, Roni Dersovitz and Floating Assets, Ltd.
Email: inorton@legalfunding.com

PHILLIPS, HASKETT & INGWALSON

By:    /s/ Frederick C. Phillips
Frederick C. Phillips, Esq.
Counsel for Plaintiff Pacific Rollforming LLC, dba Trakloc Pacific; Todd Beasley; Curt Kinney; and Architectural Metal Products, Inc.
Email: fcp@philaw.com

**Signature Certification:**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Frederick C. Phillips, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.

By:    /s/ Irena Leigh Norton
Irena Leigh Norton, Esq.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ROLLFORMING, LLC., dba TRAKLOC PACIFIC; TODD BEASLEY; CURT KINNEY; and ARCHITECTURAL METAL PRODUCTS, INC.<br><br>Plaintiff,<br>vs.<br><br>TRAKLOC NORTH AMERICA, LLC., DAVID JABLOW, SOUTHEASTERN METALS, INC., THOMAS HORST, TIN PLATE PURCHASING CORPORATION, MARC BERNSTEIN, RONI DERSOVITZ, FLOATING ASSETS, LTD., and PART 47, INC.<br><br>Defendants. | Case No.  07CV1897 IEG-MDD<br><br>**[PROPOSED] ORDER TO DISMISS ACTION AS TO CERTAIN DEFENDANTS WITH PREJUDICE** |

GOOD CAUSE APPEARING THEREFOR from the Joint Motion To Dismiss Action With Prejudice (Docket No. ___):

(1) the Fourth Amended Complaint be dismissed with prejudice as to Trakloc North America, LLC, Tin Plate Purchasing Corporation, David Jablow, Roni Dersovitz, Floating Assets, Ltd. and Part 47, Inc.;

(2) the Counterclaim of Trakloc North America, LLC be dismissed with prejudice;

(3) the Counterclaim of Tin Plate Purchasing Corp. be dismissed with prejudice;

(4) the Parties hereto to bear their own attorneys' fees and costs; and (5) the Court remove from its calendar and docket the summary judgment motion hearings previously set for July 11, 2011.

Dated:_____

```
                                    _____
                                    HON. IRMA E. GONZALEZ
                                    United States Federal Judge
```