# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ROLLFORMING, LLC, dba TRAKLOC PACIFIC; TODD BEASLEY; CURT KINNEY; and ARCHITECTURAL METAL PRODUCTS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAKLOC NORTH AMERICA, LLC., DAVID JABLOW, SOUTHEASTERN METALS, INC., THOMAS HORST, TIN PLATE PURCHASING CORPORATION, MARC BERNSTEIN, RONI DERSOVITZ, FLOATING ASSETS, LTD, and PART 47, INC.,<br><br>Defendants. | CASE NO. 07cv1897 - IEG (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND TO WITHDRAW MOTIONS**<br><br>[Doc. No. 218] |

    Presently before the court is a joint motion to dismiss this action with prejudice as to certain Defendants and Counter-Claimants, and to withdraw the pending summary judgment motions scheduled for hearing on July 11, 2011. Good cause showing, the Court **GRANTS** the motion and **ORDERS** as follows:

-     The Fourth Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendants Trakloc North America, LLC, Tin Plate Purchasing Corporation, David Jablow, Roni Dersovitz, Floating Assets, Ltd. and Part 47, Inc.;

-     The Counterclaims of Trakloc North America, LLC and Tin Plate Purchasing Corporation are **DISMISSED WITH PREJUDICE**;

-     The parties shall bear their own attorneys' fees and costs;

1     -     The July 11, 2011, hearing is vacated; and

2     -     Defendant's motions for summary judgment, [Doc. Nos. 181, 191, 200], are hereby deemed withdrawn.

**IT IS SO ORDERED.**

**DATED:  June 15, 2011**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**